BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED

APR 0 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants )
) SW NO. 13-209-dad
) SW NO. 12-464-ggh
)
) DaD
) (proposed) ORDER UNSEAL WARRANTS
)

HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

DATED: April 5, 2013

_____
DALE A DROZD
US MAGISTRATE JUDGE

MOTION TO UNSEAL AND ORDER                                          2